## Cecilia M. Ramsden, Appellee, v. George J. Noll, Appellant.

Term No. 50M13.

Heard in this court at the May term, 1950. O'Neill & Davey, for appellant; Jacoby, Patton & Manns, for appellee; Boggiano & Hessel, Stephen A. Boggiano and John F. McGinnis, of counsel. Opinion by PRESIDING JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed September 20, 1950; released for publication October 20, 1950.